■ In the Matter of RALPH I. GREENHOUSE, an Attorney, Respondent. [727 NYS2d 374] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WASHINGTON DAVIS, Appellant, v VICTOR HERBERT, as Superintendent of Attica Correctional Facility, Respondent. [731 NYS2d 680] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Pine, Scudder, Kehoe and Burns, JJ.